# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0144.  ERIK LEONEL LOPEZ-GOMEZ v. THE STATE.**

In 2008, Erik Leonel Lopez-Gomez was convicted of rape and child molestation. Lopez-Gomez's convictions were affirmed on appeal in an unpublished opinion. See *Lopez-Gomez v. State*, Case No. A14A0604 (decided June 26, 2014). In July 2016, Lopez-Gomez filed an extraordinary motion for new trial. The trial court denied the motion, and Lopez-Gomez filed this direct appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (7), appeals from the denial of an extraordinary motion for new trial must comply with the discretionary appeal procedure. See *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Lopez-Gomez's failure to comply with the necessary procedure deprives us of jurisdiction over his appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/21/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.